UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV20-00659-DSF(PJWx) | Date | June 19, 2020 |
|---|---|---|---|
| Title | *Washington Federal Bank v. Mark Gerold, et al.* | | |

| Present: The Honorable | PATRICK J. WALSH, U.S. MAGISTRATE JUDGE |
|---|---|

| Erica Valencia | Recorder 6/19/20 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| James Ramos | Joshua D. Stadtler |
| | Lori Herbst, Pro Se |

**Proceedings:**   **Telephonic Settlement Conference**

     The case is called and appearances are made. The parties and their lawyers met with Magistrate Judge Walsh. The parties are unable to reach a settlement of the case.

                                                                          5   :   00

Initials of Preparer   ev